# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0235.  JONES PETROLEUM COMPANY, INC. v. SALIM GILLANI, et al.**

Jones Petroleum Company sued Salim Gillani to enforce restrictive covenants contained in a deed.  The trial court permitted 875 Woodstock, LLC – the current owner of the land – to intervene in the action.  The court then entered an order granting 875 Woodstock's motion to cancel and release an illegal cloud on the title. Jones Petroleum Company has applied to this Court for interlocutory review of that order.  However, an equitable petition to remove a cloud upon a title appears to fall within the Supreme Court's jurisdiction over title to land and equity cases.  See Ga. Const. 1983, Art. VI, Par. VI, Sec. III (1) and (2); see also, e.g., *Newcomer v. Newcomer*, 278 Ga. 776, 777 (2) (606 SE2d 238) (2004).  Moreover, the Supreme Court has ultimate responsibility for construing constitutional provisions regarding appellate jurisdiction. *Saxton v. Coastal Dialysis & Medical Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/29/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*